RINCÓN, APELADO-APELANTE, *v.* ROIG, APELANTE Y APELADO.

## Corte de Distrito de San Juan, Segundo Distrito.

No. 2639.—Resuelto en julio 27, 1922.

El abogado Enrique Rincón demandó a Pedro Roig para que le pague la cantidad de $1,000 dollars, fundándose en un contrato para que prestara sus servicios profesionales al demandado y pagara los gastos de una reclamación de Roig contra Julio García Casas, sobre reconocimiento de sociedad civil. Se comprometió Roig a pagarle $1,500 en esta forma: $500 al presentar la demanda, $500 el día del juicio y lo restante al terminar el pleito. Al presentar la demanda de Roig contra García Casas recibió $500. Tuvo que presentar también una demanda de *injunction* y entonces fué transado el pleito comprando Roig por $30,000 y que su demandado se niega a pagarle los $1,000 restantes.

Negó Roig en su contestación que el contrato fuera celebrado en los términos alegados y afirmó que había convenido en pagar $1,000 en la forma siguiente: $500 al radicar la demanda y los otros $500 cuando terminara el pleito por sentencia final y que habiendo pagado $500 al ser radicada la demanda, cumplió con los términos de su contrato puesto que si el pleito terminaba sin llegar a juicio el demandante cobraría solamente $500 y que el pleito terminó por desistimiento, sin juicio ni sentencia.

Hay una disparidad absoluta entre las partes respecto a cual fué el convenio. La prueba en el juicio fué contradictoria, sosteniendo cada parte los términos alegados. La sentencia declaró que el demandado debía pagar $500 y ambas partes apelaron de ella.

No se ha decidido el conflicto de la evidencia en favor de una u otra parte contendiente, y por tanto debe revocarse la sentencia y devolverse el caso a la corte inferior para que se decida el conflicto y dicte la sentencia correspondiente.

EL JUEZ ASOCIADO SR. ALDREY, emitió la opinión del tribunal.